## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| M. Q., | Case No. 26-cv-0879 (LMP/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security;* U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, *Acting U.S. Attorney General*; JOSEPH EDLOW, *Director, U.S. Citizenship and Immigration Services*; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; TED H. KIM, *Associate Director for Refugee, Asylum, and International Operations Directorate*; USCIS CHICAGO ASYLUM OFFICE; DARICE ALVERTOS, *Director of Chicago Asylum Office*, | |
| Defendants. | |

On April 20, 2026, Defendants (the "Government") filed a motion to dismiss Plaintiff M. Q.'s complaint, in which M. Q. seeks an order compelling the Government to adjudicate her pending asylum application. The complaint is based, in part, on a policy implemented by Defendant United States Citizenship and Immigration Services ("USCIS") in late 2025 to hold adjudication of all pending asylum applications. *See, e.g.*, ECF No. 24 ¶ 53.

The Court scheduled a hearing on the motion for June 23, 2026. ECF No. 26. On June 12, 2026, USCIS announced that the challenged policy "should be treated as if" it is

"not in effect," because the United States District Court for the District of Rhode Island ruled that the policy was unlawful. *See Court Order on Hold Policies*, U.S. Citizenship and Immigr. Services, https://www.uscis.gov/newsroom/alerts/court-order-on-hold-policies [https://perma.cc/PL3L-YMFE]. The Court became aware of USCIS's announcement on June 17, 2026, and asked the parties to meet and confer about whether to postpone the hearing given the significance of USCIS's announcement to the issues in this case.

The parties promptly met and conferred and informed the Court by email that they have agreed: (1) that the hearing should be delayed; (2) that M. Q. should be granted leave to file a second amended complaint; and (3) that the hearing date should be rescheduled in August 2026 along with a revised briefing schedule. The Court appreciates the parties' cooperation, and, based on their agreement, **IT IS HEREBY ORDERED** that:

1. The hearing scheduled for June 23, 2026, is **CANCELLED**;

2. The Government's Motion to Dismiss (ECF No. 14) is **DENIED as moot**;

3. M. Q. shall submit a second amended complaint by July 13, 2026;

4. The Government shall file a renewed motion to dismiss by July 27, 2026;

5. M. Q. shall submit a response by August 10, 2026;

6. The Government may file a reply by August 17, 2026;

7. A hearing on the anticipated motion to dismiss is set for August 26, 2026, at 10:00 a.m. in Courtroom 3A at the United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: June 18, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge

2