**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

M. Q.,

Plaintiff,

v.

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security;* U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, *U.S. Attorney General*; JOSEPH EDLOW, *Director, U.S. Citizenship and Immigration Services*; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; TED H. KIM, *Associate Director for Refugee, Asylum, and International Operations Directorate*; USCIS CHICAGO ASYLUM OFFICE; DARICE ALVERTOS, *Director of Chicago Asylum Office*,

Defendants.

Case No. 26-cv-0879 (LMP/SGE)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 40). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: August 13, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge